PROB 12C
(6/16)

Report Date: January 13, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2017

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Wesley Lewis Lack     Case Number: 0980 1:14CR02038-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 12, 2016

| | |
|---|---|
| Original Offense: | Brandishing of a Firearm During a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924(c)(1)(A)(ii)(and 2 |
| Original Sentence: | Prison - 36 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: December 21, 2016 |
| Defense Attorney: | Rick Lee Hoffman |
| | Date Supervision Expires: December 20, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with tat person without first getting the permission of the probation officer.

**Supporting Evidence**: On January 12, 2017, contact was made with the defendant at his listed residence after it was learned his girlfriend, Shawna Wright, had escaped from the Department of Corrections work release facility in Yakima. Information was obtained which indicated she might be with the defendant.

Ms. Wright was located in a back bedroom at the defendant's residence. The defendant admitted he knew she was a convicted felon and that she had escaped from custody. Ms. Wright's criminal history consists of felony convictions for forgery, false identification, assault third degree, and residential burglary.

2 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On January 12, 2017, the defendant was contacted at his residence as noted above. The defendant was asked who was home and he replied his mother, step father, and another female friend of his mothers. The defendant supplied a false name for his mother's friend who was supposed to be in the back bedroom. Once it was learned Ms. Wright was actually the person in the room, the defendant stated he thought she had left the night prior. Upon further discussion, the defendant admitted he knew Ms. Wright had been there all night and that she was wanted on the escape charge.

3   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: During the contact with the defendant at his home on January 12, 2017, he was advised a random drug test would need to be completed. The defendant admitted he had been using methamphetamine with Ms. Wright the day prior. A Community Corrections Officer (CCO) with the Department of Corrections collected a urine sample from the defendant and it returned presumptive positive for methamphetamine. The defendant again agreed the test was accurate and admitted he had used methamphetamine.

The defendant was taken in to custody by the CCO and transported to the Benton County Jail for violations of his state supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[xx]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/13/2017

Date