PROB 12C
(6/16)

Report Date:  March 15, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wesley Lewis Lack            Case Number: 0980 1:14CR02038-SAB-1

Address of Offender: 710 Della Ave., #14, Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 12, 2016

Original Offense:           Brandishing of a Firearm During a Crime of Violence and Aiding and Abetting, 18
                            U.S.C. § 924(c)(1)(A)(ii)(and 2

Original Sentence:          Prison - 36 months; TSR - 60      Type of Supervision: Supervised Release
                            months

Revocation                  Prison - 8 months; TSR- 52
Sentence: May 3,            months
2017

Asst. U.S. Attorney:        Thomas J. Hanlon                  Date Supervision Commenced: August 18, 2017

Defense Attorney:           Alex B. Hernandez, III            Date Supervision Expires: December 17, 2021

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Wesley Lack is considered to be in violation of his period of supervised release by committing the offense of, delivery of a controlled substance, methamphetamine, on or prior to March 14, 2018.<br><br>On August 21, 2017, the offender signed his Judgement in a Criminal Case noting he understood he was not to commit another federal, state, or local crime.<br><br>On March 14, 2018, a detective with the Tri City Metro Drug Task Force called this officer and advised the offender had been arrested and charged with one count of delivery of a controlled substance, methamphetamine. The offender was taken to the Benton County Jail and booked under case number 18-022. |

Prob12C
**Re: Lack, Wesley Lewis**
**March 15, 2018**
**Page 2**

During a search of the offender's bedroom a scale and packaging material were located. Both items had a residue on them which is suspected to be methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 15, 2018
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[XX]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

March 16, 2018
_____
Date