PROB 12C
(6/16)

Report Date: April 30, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wesley Lewis Lack                Case Number: 0980 1:14CR02038-SAB-1

Address of Offender:                Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 12, 2016

Original Offense:    Brandishing of a Firearm During a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924(c)(1)(A)(ii)and 2

Original Sentence:    Prison - 36 months; TSR - 60 months        Type of Supervision: Supervised Release

Revocation Sentence: May 3, 2017    Prison - 8 months; TSR- 52 months

Asst. U.S. Attorney:    Thomas J. Hanlon        Date Supervision Commenced:  August 18, 2017

Defense Attorney:    Alex B. Hernandez, III        Date Supervision Expires:  December 17, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/15/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Wesley Lack is considered to be in violation of his period of supervised release by committing the offense of assault in the fourth degree, on or prior to October 9, 2018.

On August 21, 2017, the offender signed his Judgement in a Criminal Case noting he understood he was not to commit another Federal, state, or local crime.

According to an investigation report received from the Benton County Sheriff's Office, an inmate being housed in the same pod as the offender walked past the offender's cell and was immediately attacked by the offender. It was noted the offender threw the inmate to the ground and started punching him. Correctional officers broke up the fight and separated both

Prob12C
Re: Lack, Wesley Lewis
April 30, 2019
Page 2

inmates. Once the internal investigation was completed, the offender was charged with one misdemeanor count of assault in the fourth degree under case number J18Y06312 in Benton County District Court. The next court hearing is set for June 19, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 30, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 30, 2019

Date