PROB 12C
(6/16)

Report Date: November 10, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Wesley Lewis Lack | Case Number: 0980 1:14CR02038-SAB-1 |
| Address of Offender: Last known: | Benton City, Washington 99320 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 12, 2016

Original Offense: Brandishing of a Firearm During a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924(c)(1)(A)(ii) and 2

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 36 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (May 3, 2017) | Prison - 8 months; TSR - 52 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 18, 2017 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 17, 2021 | |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 3/16/2018 and 4/30/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Wesley Lack is considered to be in violation of his period of supervised release by committing the offense of delivery of a controlled substance, heroin, on or prior to March 14, 2018.<br><br>On August 21, 2017, the offender signed his Judgement in a Criminal Case noting he understood he was not to commit another federal, state, or local crime.<br><br>On March 14, 2018, a detective with the Tri City Metro Drug Task Force called this officer and advised the offender had been arrested and charged with one count of delivery of a controlled substance, methamphetamine. The offender was taken to the Benton County Jail and booked under case number 18-022. |

Prob12C
**Re: Lack, Wesley Lewis**
**November 10, 2021**
**Page 2**

Mr. Lack plead guilty in Benton County Superior Court under case number 18-1-00363-0 on February 13, 2019, to one count of delivery of a controlled substance, heroin. He was sentenced to 60 months and 1 day jail with 12 months of supervision to follow.

Mr. Lack served his sentence with the Washington State Department of Corrections and was release to his federal hold on November 6, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/10/2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/10/2021
Date