FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> WESLEY LEWIS LACK, <br>    Defendant. | No. 1:14-CR-02038-SAB-1 <br><br> **ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Defendant Wesley Lewis Lack's Motion for Reconsideration, ECF No. 234. The motion was considered without oral argument. Mr. Lack is represented by Assistant Federal Public Defender Paul Shelton. The United States is represented by Assistant United States Attorney Thomas J. Hanlon.

Mr. Lack moves the Court to reconsider its Order denying his Motion for Early Termination of Supervised Release. ECF No. 233. He states reconsideration is appropriate as the Court misstated his term of supervised release as sixty months, as opposed to forty-eight months. The Court acknowledges Mr. Lack's term of supervised release is forty-eight months pursuant to the Revocation Judgment issued in February of 2022. ECF No. 214. However, this fact does not alter the Court's disposition of the motion, and Mr. Lack did not meet the standard for reconsideration.

**ORDER DENYING MOTION FOR RECONSIDERATION** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Wesley Lewis Lack's Motion for Reconsideration, ECF No. 234, is **DENIED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 30th day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR RECONSIDERATION** *2